IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH T. WILLIAMS, JR.,

    Plaintiff,

v.

JUDGE LOUISA ABBOT, et al.;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-282

**O R D E R**

After a careful and de novo review of the entire record, the Court concurs with the Magistrate Judge's November 12, 2019 Report and Recommendation, (doc. 3), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 3), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 23rd day of January, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA